**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

TERRI JENNINGS, SHELLY MELTON,
and ANNE STANDRIDGE,                                                                 PLAINTIFFS,

VS.                                                                          CIVIL ACTION NO. 2:07CV211-P-B

CORRECTIONS CORPORATION OF
AMERICA, ET AL.,                                                                 DEFENDANTS.

**ORDER**

This matter comes before the court upon the plaintiffs' motion to remand [18]. After due consideration of the motion and the defendants' responses filed thereto, the court finds as follows, to-wit:

The plaintiff's filed their Complaint on October 11, 2007 in the Circuit Court of Tallahatchie County, Mississippi. The defendants removed the action to federal court on November 9, 2007, asserting federal question jurisdiction because the allegations in the Complaint are exclusively covered by federal law – *i.e.*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*.

The plaintiffs filed their motion to remand on February 19, 2008 but filed no brief in support. Rather, the one-paragraph motion in question states in part that "this cause was improperly removed and that no jurisdiction lies with the United States District Court for the Northern District of Mississippi." The plaintiffs never filed a reply to the defendants' responses, nor have they otherwise filed a brief in support of their motion to remand.

Having considered the defendants' response and supplemental response, the court agrees entirely with the defendants that this suit sounds in Title VII racial discrimination; such claims are governed exclusively by federal law, especially since Mississippi law does not provide for the

1

remedy of reinstatement. Accordingly, the court adopts and incorporates herein the defendants' arguments in their briefs.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiffs' motion to remand [18] is **DENIED**. The parties are to contact the U.S. Magistrate Judge within ten business days of this order to participate in a Case Management Conference.

**SO ORDERED** this the 17th day of September, A.D., 2008.

<pre>
                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE
</pre>