IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TERRI JENNINGS, SHELLY MELTON,
AND ANNE STANDRIDGE                                                      PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 2:07CV211-P-S

CORRECTIONS CORPORATION OF AMERICA,
JUDITH WINFRED, MILDRED WARE, PERCYNTHIA
THOMAS, DIKITRA THOMAS, JOHN JACKSON,
JUSTINE GEE AND BEVERLY OVERTON                                          DEFENDANTS

**ORDER**

This cause is before the Court on the defendants' Motion for Summary Judgment [37]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons set forth in the defendant's motion and supporting briefs.

A separate judgment will issue accordingly.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Summary Judgment [37] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this case should be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 1st day of September, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE