IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TERRI JENNINGS, SHELLY MELTON,
AND ANNE STANDRIDGE                                                                    PLAINTIFFS

VERSUS                                                    CIVIL ACTION NO. 2:07CV211-P-S

CORRECTIONS CORPORATION OF AMERICA,
JUDITH WINFRED, MILDRED WARE, PERCYNTHIA
THOMAS, DIKITRA THOMAS, JOHN JACKSON,
JUSTINE GEE AND BEVERLY OVERTON                                                        DEFENDANTS

## FINAL JUDGMENT

This cause came on for hearing on defendants' Motion for Summary Judgment [37]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered contemporaneously herewith, the Court finds that the defendants' Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [37] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 1st day of September, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE